**DISMISS and Opinion Filed May 17, 2024**



**In the**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-23-01017-CV**

**RAY DREW LEA, Appellant**

**V.**

**TAMIR M. RAGSDALE, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-04871-D**

# MEMORANDUM OPINION

Before Justices Partida-Kipness, Pedersen, III, and Carlyle
Opinion by Justice Carlyle

On April 12, 2024, after appellant failed to file his brief, we directed appellant to file the brief within ten days and cautioned him that failure to comply would result in the appeal being dismissed. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed the brief. Accordingly, we dismiss the appeal. *See id.*

/Cory L. Carlyle/

CORY L. CARLYLE
JUSTICE

231017F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

RAY DREW LEA, Appellant

No. 05-23-01017-CV        V.

TAMIR M. RAGSDALE, Appellee

On Appeal from the County Court at Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-23-04871-D.
Opinion delivered by Justice Carlyle, Justices Partida-Kipness and Pedersen, III participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered May 17, 2024.